**In re Ted Eugene WRIGHT.**

No. 06–1449.

United States Court of Appeals,
Federal Circuit.

Jan. 10, 2007.

Before LOURIE, LINN, and MOORE,
Circuit Judges.

**JUDGMENT**

PER CURIAM:

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**STICHTING LODESTAR, Appellant,**

v.

**AUSTIN NICHOLS & CO.,
INC., Appellee.**

No. 2006–1388.

United States Court of Appeals,
Federal Circuit.

Jan. 10, 2007.

Before MICHEL, Chief Judge,
SCHALL, and PROST, Circuit Judges.

Judgment

PER CURIAM:

This CAUSE having been heard and
considered, it is ORDERED and AD-
JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.